IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TIMOTHY P. SHEEHY,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM MUNITIONS, LLC<br><br>Defendant. | CV 26–15–H–DLC<br><br><br>ORDER |

Before the Court is Defendant's motion for the admission of attorneys Christopher Renzulli and David Massey of Renzulli Law Firm, LLP, *pro hac vice*, in the above-captioned matter. (Doc. 17.) Elizabeth W. Lund will serve as local counsel in this matter. (*Id.* at 3.) The applications (Docs. 18 and 18-1.) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 17) is GRANTED on the condition that Mr. Renzulli and Mr. Massey do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Renzulli and Mr. Massey shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or

1

from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Renzulli and Mr. Massey file separate pleadings acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 6th day of August, 2026.

Dana L. Christensen, District Judge
United States District Court

2